451 F.2d 364
 Huey BROWN, Petitioner-Appellant,
v.
Louie L. WAINWRIGHT, Director, Division Of Corrections,
State Of Florida, Respondent-Appellee.
 No. 71-2484 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 30, 1971.
 
 Chandler Muller, Winter Park, Fla. (Court Appointed), for petitioner-appellant.
 P. A. Pacyna, Asst. Atty. Gen. of Fla., Tampa, Fla., for respondent-appellee.
 Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21;[1] Ward v. Wainwright, 5th Cir. 1971, 450 F.2d 409.
 
 
 
 *
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966